UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Paul Levinsky, Jr.,<br>------------------------------------------------ | ORDER OF APPOINTMENT<br>Criminal No.  08-558(SRC) |

The financial inability of the defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

It is on this 2nd of September, 2009,

ORDERED that the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Stanley R. Chesler, U. S. D. J.