UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| PAUL LEVINSKY | : | Crim. No. 08-558-004 (SRC) |

This matter having been opened to the Court upon the application of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Paul Levinsky ("Defendant"); and the Court having heard oral arguments by the parties on September 2, 2009; and for the reasons stated on the record that date, and for good cause shown,

IT IS on this 17 day of September 2009

**ORDERED** that, the Petition filed by the United States Probation Office for the District of New Jersey, dated September 9, 2009, which alleges that Defendant committed certain violations of the conditions of his Supervised Release shall be and hereby is **DISMISSED**; and it is further,

**ORDERED** that, Defendant shall be transported at the earliest practicable date to an in-patient treatment and counseling facility to be selected by the United States Probation Office for the District of New Jersey, where Defendant shall submit to alcohol and drug treatment and counseling for a period not less than 90 days; and it is further,

**ORDERED** that, in the event that Defendant successfully completes all treatment and counseling programs required by this Order, Defendant shall be released from such in-patient

treatment and counseling facility to which he is assigned and the United States Probation Office for the District of New Jersey shall terminate supervision of Defendant; and it is further;

ORDERED that, in the event that Defendant fails to successfully complete any and all treatment and counseling programs required by this Order, whether by voluntary withdrawal or involuntary expulsion from such in-patient treatment and counseling facility as Defendant may be assigned, Defendant shall report immediately to the United States Probation Office for the District of New Jersey and resume normal compliance with any and all of the requirements imposed as conditions of Defendant's current Supervised Release.

HONORABLE STANLEY R. CHESLER
United States District Judge