UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :     **ORDER**
         v.                    :
                               :
PAUL LEVINSKY                  :     Crim. No. 08-558-004 (SRC)

This matter having been opened to the Court upon the joint application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and defendant Paul Levinsky ("Defendant") (David A. Holman, Esq., appearing) for termination of the conditions of Defendant's Supervised Release by the United States Probation Office for the District of New Jersey; and Defendant having satisfied the conditions of the Court's Order of September 17, 2009, by successfully completing a term of alcohol and drug treatment and counseling for a period not less than 90 days; and for good cause shown,

IT IS on this 21 day of October 2009

**ORDERED** that, Defendant's Supervised Release by the United States Probation Office for the District of New Jersey shall be, and hereby is, terminated.

HONORABLE STANLEY R. CHESLER
United States District Judge